**Robert COCHRAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70933.**

Missouri Court of Appeals, Western District.

Aug. 31, 2010.

S. Kate Webber, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., JAMES E. WELSH, and KAREN KING MITCHELL, JJ.

## ORDER

PER CURIAM:

Mr. Robert Cochran appeals the motion court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. He claims his trial counsel and his appellate counsel were ineffective.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).